# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128040 & (50)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DEMOND ANTHONY HARRIS,
        Defendant-Appellant.

SC: 128040
COA: 249891
Wayne CC: 03-001951-01
           03-001952-02

_____/

On order of the Court, the application for leave to appeal the December 28, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

CAVANAGH and KELLY, JJ., would remand this case for a hearing pursuant to *People v Ginther*, 390 Mich 436 (1973).



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

t0914

_____
Clerk